William J. Heney v. The Chartered Company of Lower California.— Motion to dismiss appeal granted, with ten dollars costs.

Elmer E. Hawes, Assignee, etc., v. Isabelle B. Hawes.— Motion denied, with ten dollars costs.

James L. O'Brien v. Thompson-Starrett Company.— Motion to dismiss appeal granted, with ten dollars costs.

The People of the State of New York v. Charles Bihler.— Motion to dismiss appeal granted unless appellant comply with terms stated in order.

The People of the State of New York v. Joseph Davis.— Motion to dismiss appeal granted. See memorandum per curiam.

The People of the State of New York v. Charles Vitusky.— Motion to dismiss appeal granted unless appellant comply with terms stated in order. See memorandum per curiam.

Julius Friedel, as Administrator, v. Euphemia S. Coffin and Others.— Motion to dismiss appeal granted unless appellant comply with terms stated in order.

Benjamin M. Miller v. Art Metal Construction Company.— Motion to dismiss appeal granted, with ten dollars costs.

Henry W. Hardon, as Assignee, etc., and Others v. William P. Dixon.— Motion denied, with ten dollars costs.

Thomas J. Mooney v. Morris Levenson.— Motion denied, with ten dollars costs.

Fred A. Sleeper v. Adrian H. Joline and Others.— Motion denied, with ten dollars costs.

James Pollitz v. Wabash Railroad Company and Others.— Motion granted, question certified as stated in order.

William M. Murphy, as Administrator, etc., v. City of New York, Impleaded.— Motion denied, with ten dollars costs.

In the Matter of Benjamin F. Steinmann and Others v. Eva K. Conlon. — Motion denied, with ten dollars costs.

Helen F. Dwelle v. Nathan Allen, Impleaded, etc.— Motion denied, with ten dollars costs.

John M. Reimer v. Harry H. Galinger.— Motion denied, with ten dollars costs.

Ashbel H. Barney and Others v. Henry R. Joyt and Others.— Motion granted by allowing plaintiff costs of appeal as well as costs in the court below. Order to be settled on notice.

Lillian B. Leavitt v. Charles B. Enos, etc.— Motion granted and time extended to November 1, 1912.— Order to be settled on notice.

In the Matter of Henry A. Robinson, an Attorney.— Motion denied. Order to be settled on notice.

Isabella Knudtsen v. Harmon L. Remmel, etc., Impleaded.— Motion denied, with ten dollars costs. Order to be settled on notice.

In the Matter of Joseph A. Flannery, an Attorney.— Motion granted.